IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMERY BELL AND
BETTY BELL                                                                                          PLAINTIFFS

VS.                                                           CIVIL ACTION NO. 4:08-cv-00086-TSL-LRA

DANNY L. McNEESE AND
CHARLES MORDECAI LOGGING, INC.                                                 DEFENDANTS

## **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause came on to be heard on the joint motion of the parties *ore tenus* for a final judgment dismissing the referenced action with prejudice for the reason that the matter has been fully compromised and settled between the parties and the Court being fully advised in the premises is of the opinion said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action shall be and is hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 9th day of January, 2009.

                                                  /s/Tom S. Lee
                                                  UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ JAMES C. PATTON, JR. - BAR#4059
ATTORNEY FOR PLAINTIFFS


/s/ W. BIENVILLE SKIPPER - BAR #100100
ATTORNEY FOR DEFENDANTS